**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kavin J.R.M.,                                                            No. 26-cv-3122 (KMM/JFD)

      Petitioner,

v.                                                                                      **ORDER**

Todd Blanche, et al.,

      Respondents.

---

On June 26, 2026, Petitioner Kevin J.R.M. filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pet. (Dkt. 1). Petitioner is a citizen of Honduras living in the United States who has been detained by U.S. Immigration and Customs Enforcement (ICE) since April 7, 2026. In the petition, he claims that his detention violates the Administrative Procedure Act (APA) because he is a member of a Deferred Action Class preliminarily certified in *Immigration Center for Women and Children v. Noem*, No. 2:25-cv-9848-AB-AS, 2026 WL 1455004 (C.D. Cal. May 20, 2026), *appeal docketed*, No. 26-3961 (9th Cir. June 22, 2026); (2) ICE's decision to detain him violated the APA because it was arbitrary and capricious; (3) his detention violates his due process rights; (4) ICE violated 8 C.F.R. § 236.1(c)(9) when it revoked his release on recognizance; and (5) his arrest violated the Fourth Amendment. Pet. ¶¶ 18–24. Respondents filed an answer opposing Petitioner's claims on July 1, 2026 (Dkt. 9–10), and Petitioner filed a reply in support of the petition on July 2, 2026 (Dkt. 11–12).

On July 17, 2026, United States Magistrate Judge John F. Docherty issued a Report and Recommendation (R&R). R&R (Dkt. 13). In the R&R, Judge Docherty concluded that ICE failed to comply with 8 C.F.R. § 236.1(c)(9) when it took Petitioner into custody because it did not properly revoke Petitioner's release on his own recognizance. R&R at 10–12. Further, Judge Docherty found that the government's failure to provide Petitioner with any process before re-detaining him, including no notice or opportunity to respond, no revocation of the order releasing him on recognizance, and no showing of a material change in circumstances, violated his rights under the Due Process Clause of the Fifth Amendment. *Id.* at 12–16. Judge Docherty, therefore, recommended that the petition be granted and that Petitioner be released immediately. *Id.* at 17. He required any objections to the R&R to be filed on or before July 24, 2026 and any responses to objections to be filed on or before July 31, 2026. *Id.*

To date, Respondents have not objected to the R&R. This is so despite the fact that more than a week has passed since the objections were due. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the R&R for clear error, the Court finds none and accepts the recommendation that Petitioner be immediately released.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 13) is **ACCEPTED**.

2. The Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. 1) is **GRANTED**.

3.  Respondents shall release Petitioner Kevin J.R.M. from custody immediately.

**Let Judgment be entered accordingly**.

Date: August 3, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge